

RECEIVED
IN MONROE, LA.
MAR 0 8 2011
AC
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0227 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ANGEL RODRIGUEZ-GONZALEZ | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Angel Rodriguez-Gonzalez, and adjudges him guilty of the offenses charged in Counts One and Two of the Indictment against him.

THUS DONE AND SIGNED in chambers, this __8__ day of __March__ 2011 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE